[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10396
Non-Argument Calendar

_____

D.C. Docket No. 3:11-cr-00248-MMH-JRK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD MITCHELL,
a.k.a. Maven Busari,
a.k.a. Arisses Maven Anglo Busari,
a.k.a. Miguel Busari ,
a.k.a. Miguel Lopez Diaz,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 22, 2021)

Before JORDAN, ROSENBAUM and LUCK, Circuit Judges.

PER CURIAM:

Laura Daines, counsel for Donald Mitchell in this appeal of the denial of his motions for compassionate release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Mitchell's motions for compassionate release is **AFFIRMED**.